IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERICK TORRES,** | : | Civil No. 3:23-CV-930 |
| **Plaintiff** | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **JADE MANAGEMENT, INC.,** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 25th day of March, 2024, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED that this complaint is DISMISSED WITH PREJUDICE and the clerk is directed to CLOSE this case.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge